UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

**WILLIE L. PATTERSON,**

                              Debtor(s).
------------------------------------------------------------X

Chapter 13
Case No.: 17-35954 CGM

NOTICE OF WITHDRAW
OF TRUSTEE'S
MOTION TO DISMISS

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS (DOCKET #48)**

      **PLEASE TAKE NOTICE THAT THE TRUSTEE HEREBY WITHDRAWS ITS MOTION TO DISMISS DOCKETED ON ECF AS #48 PREVIOUSLY SCHEDULED FOR HEARING ON AUGUST 11, 2020 AT 2:00 PM BEFORE THE HON. CECELIA G. MORRIS AT 355 MAIN STREET, POUGHKEEPSE, NEW YORK 12601. HOWEVER, NO FURTHER APPEARANCES ARE SCHEDULED AT THIS TIME.**

Date:  White Plains, New York
        August 7, 2020

                                                    */s/ Krista M. Preuss*
                                                    Krista M. Preuss (KMP 7299) TM
                                                    Standing Chapter 13 Trustee
                                                    399 Knollwood Road, Suite 102
                                                    White Plains, New York 10603
                                                    (914) 328-6333